[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-11419
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cv-00143-CDL

RENASANT BANK INC.,

Plaintiff - Appellee,

versus

EARTHRESOURCES OF FRANKLIN COUNTY LLC,
JOHN F. SMITHGALL,

Defendants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(September 6, 2017)

Before WILSON, MARTIN, and ANDERSON, Circuit Judges.

PER CURIAM:

Renasant Bank sued EarthResources of Franklin County and John F. Smithgall to enforce a promissory note and personal guaranty.  The district court entered judgment against EarthResources and Smithgall in 2013, and our court affirmed.  *Renasant Bank, Inc. v. Earth Res. of Franklin Cty., LLC*, 537 F. App'x 889 (11th Cir. 2013) (per curiam).  In 2017, EarthResources and Smithgall, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, filed with the district court a motion for relief from final judgment and a motion to reopen discovery.  The district court denied the motions.

EarthResources and Smithgall now appeal, arguing that the district court abused its discretion in denying the motions.  After careful consideration of the record and the parties' briefs, however, we find no reversible error. EarthResources and Smithgall have not "demonstrate[d] a justification so compelling that the district court was required to vacate its" judgment.  *See Cano v. Baker*, 435 F.3d 1337, 1342 (11th Cir. 2006) (per curiam) (internal quotation marks omitted) (discussing the "heavy" burden a party has on appeal when it is challenging a district court's denial of Rule 60(b) relief).

**AFFIRMED.**[1]

---

[1] Renasant's motion for damages and costs for frivolous appeal is **DENIED**.

2